# United States District Court
# Eastern District of Michigan



*OCT -9 2007 CLERK'S OFFICE DETROIT*

## Notice of Failure to Comply With Local Rule 5.1.1

**Effective December 1, 2005,** all papers filed, except as specified otherwise in the Court's ECF Policies and Procedures or by court order, **must be filed electronically.**

---

**LR 5.1.1 Filing and Service by Electronic Means**
**(a) Governing Rules and Procedures.** The local rules, the court's ECF Policies and Procedures (Appendix ECF to these rules), and court orders govern papers filed by electronic means. Except as specified otherwise in the ECF Policies and Procedures or by court order, all papers (not simply cases) filed after November 30, 2005 must be filed electronically. The court may excuse a party from electronic filing on motion for good cause shown. Except as specified otherwise in this rule, papers must also comply with LR 5.1.

**LR 11.1 Sanctions for Non-Compliance with Local Rules**
If, after notice and a reasonable opportunity to respond, the Court determines that a provision of these Local Rules has been knowingly violated, the Court may impose an appropriate sanction upon the attorneys, law firms, or parties that have violated the Local Rule or are responsible for the violation. The procedures for imposing sanctions and the nature of sanctions shall be as set out in Fed. R. Civ. P. 11(c). For purposes of this rule, references in Fed. R. Civ. P. 11(c) to violations of "subdivision (b)" are deemed to be references to violations of the Local Rules, and Fed. R. Civ. P. 11(c)(2)(A) does not apply.

---

**The document(s) presented for filing today** will be accepted by the Clerk's Office. However, future filings **must comply with the local rule.** This notice will be entered on the court record under the provisions of LR 11.1. **Sanctions may be imposed if additional violations occur after this date.**

---

**Case Number:** 07-13572   **Date:** 10/9/07

**Document:** Answer to complaint

**Name of Submitting Attorney:** Robert Kuhr